# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5001
_____

CHRISTOPHER B. OWENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

February 22, 2018

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher B. Owens, pro se, Appellant.

Pamela Jo Bondi. Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.